# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**855**

**CA 14-00346**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, FAHEY, AND PERADOTTO, JJ.

---

SANTINA MURINE, PLAINTIFF-RESPONDENT,

V                                                                        ORDER

CITY OF UTICA, DEFENDANT-APPELLANT.

---

MARK CURLEY, CORPORATION COUNSEL, UTICA, FOR DEFENDANT-APPELLANT.

DAVID M. GIGLIO & ASSOCIATES, LLC, UTICA (ALYSSA O'NEIL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Oneida County (Patrick F. MacRae, J.), entered November 19, 2013.  The judgment determined, upon a jury verdict, that defendant is 100% liable for plaintiff's damages.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Entered:  September 26, 2014                          Frances E. Cafarell
                                                     Clerk of the Court